Asaf Fulks (SBN 343622)
**ASAF FULKS LAW**
24433 Citrus Hill Rd.
Wildomar, CA 92595
Tel: (323) 244-9794
Email: asaf@asaffulkslaw.com

Attorney for Plaintiff ASAF FULKS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ASAF FULKS, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>RAYMOND JOHN BALDONADO JR., an individual, d/b/a FATELL and FATELL MUSIC GROUP; and FRENZEE BROADCASTING, a California Corporation (Entity No. 4772622),<br><br>       Defendants. | **Case No.: 5:26-cv-01081-JGB-ACCV**<br><br>**DECLARATION OF ASAF FULKS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE** |

1

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**

I, Asaf Fulks, declare under penalty of perjury under the laws of the United States that the following is true and correct:

**1.** I am the Plaintiff in this action and am an attorney licensed to practice law in the State of California (SBN 343622). I have personal knowledge of the facts stated herein and could competently testify to them if called as a witness.

**2.** I filed this action on March 9, 2026 (Dkt. No. 1). The Court issued summonses for both Defendants on March 17, 2026 (Dkt. No. 9). Since that date, I have made diligent efforts to serve Defendants as set forth below.

### *Service Attempt at 4000 W Burbank Blvd, Burbank, CA 91505*

**3.** The address 4000 W Burbank Blvd, Burbank, CA 91505 was Defendant Baldonado's known business address and the location of Frenzee Broadcasting's production studio, known as "4000 WEST." This is the address listed on the Complaint, the Summonses, and the address at which Defendant's certified mail was attempted on February 28, 2026 (USPS Article No. 5293 0673 9160 7136).

**4.** I retained One Legal (Order #27738540) to effectuate personal service on Defendant Baldonado at this address.

**5.** On March 24, 2026, at approximately 12:45 PM, a process server attempted service at 4000 W Burbank Blvd and reported: "Bad Address - The business is completely vacant. There was about 12 separate rooms or more inside. I walked around it and every one was empty, some with exposed flooring and no paint but all without furniture or items on walls. There is a for

2

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**

lease sign above the entrance as well." The process server took five timestamped, geotagged photographs documenting the vacant premises and the "For Lease or Sale" sign displaying the phone number (818) 840-1813.

6. The Yelp listing for 4000 WEST had listed the business as open 9:00 AM to 9:00 PM as recently as March 2026. The building's vacancy appears to have occurred after this lawsuit was filed on March 9, 2026.

*Service Attempt at 3523 W Avenue K1, Lancaster, CA 93536*

7. After the Burbank address failed, I conducted a skip-trace investigation to locate Defendant's current address. I searched the California Secretary of State business filings for Frenzee Broadcasting (Entity No. 4772622), which listed the principal address as 3523 W Ave K1, Lancaster, CA 93536, and the agent for service of process address as 43612 Lively Ave, Lancaster, CA 93536.

8. I searched TruePeopleSearch.com, which listed 3523 W Avenue K1 as Raymond Baldonado's current address (April 2022 – present) and showed the property as owner-occupied. I also searched the Los Angeles County Assessor records (APN 3110-035-008), which showed the property purchased in May 2017 for $230,000.

9. Based on these multiple corroborating sources, I retained One Legal (Order #27811590) to attempt service at 3523 W Avenue K1.

10. On March 29, 2026, at approximately 6:14 PM, a process server attempted service at 3523 W Avenue K1 and spoke with a female resident. The server reported: "I spoke with a female

3

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**

resident, which stated that she's never heard of our subject's name Raymond Baldonado Jr nor Frenzee Broadcasting. If you went on to also say that she's the only resident at the location and has been for quite some time." The resident was described as a Caucasian female, approximately 50 years old, 5'10", 230 lbs, wearing eyewear, straight brown hair.

**11.** I subsequently searched the Los Angeles County Recorder's records for APN 3110-035-008 and located a deed recorded on June 20, 2017 (Document No. 20170678662), transferring the property from Theresa M. Orr to Crystal Orr. Defendant does not own this property. The people-search data associating Defendant with this address was stale.

### *Investigation of 43612 Lively Ave, Lancaster, CA 93536*

**12.** I investigated 43612 Lively Ave, the agent-for-service address listed with the Secretary of State. I searched the Los Angeles County Assessor records (AIN 3129011016), which showed the property was sold on December 9, 2022 for $439,900.

**13.** I searched the Los Angeles County Recorder's records and located a deed recorded December 9, 2022 (Document No. 20221151708), transferring the property from Raymond L. Baldonado and Debra M. Baldonado to Jonathan A. Ramirez Cruz. No Baldonado has any ownership interest in this property.

### *Additional Investigation*

**14.** I reviewed Defendant's social media accounts, including Instagram (@fatellofficial, 53K followers), Facebook ("Raymond Fatell Baldonado"), @frenzeebroadcasting, and @afterpartyradioshow. While Defendant posted content as recently as March 2026, none of

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**

the posts contained location tags or references to a current address or studio location.

15. I searched for upcoming concerts, events, or public appearances by Defendant under his stage name "Fatell." No upcoming events or appearances were found.

16. I reviewed the public profiles of Elani Kay, co-owner of both 4000 WEST and Frenzee Broadcasting, including her LinkedIn, Instagram, and multiple interview profiles. Based on these profiles, Frenzee Broadcasting appears to operate out of the 4000 WEST production facility in Burbank, California. Frenzee Broadcasting does not appear to maintain a separately registered business address.

17. I reviewed Defendant's prior address at 38758 Sunnyvale St, Palmdale, CA 93551, which appeared in people-search results as a historical address (2009–2014). This address is over 12 years old and was not pursued as a service address.

18. I searched for Defendant's phone numbers, including (661) 951-9138 (landline, last reported February 2026) and (661) 206-5389 (VoIP). These numbers could not be used to locate a current physical address.

19. Despite all of the foregoing efforts, I have been unable to ascertain Defendant's current physical address or serve Defendant by personal service or substitute service.

### *Defendant's Known Email Addresses*

20. Defendant's business email address is frenzeebroadcasting@gmail.com, which is publicly listed on the Frenzee Broadcasting website and has been used in public communications.

5

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**

**21.** Defendant also uses the email address fatellmusic@gmail.com for his music business under the name Fatell Music, as publicly associated with his artist profiles and music distribution.

**22.** Defendant actively maintains the Frenzee Broadcasting website (frenzeebroadcasting.com), Instagram account (@frenzeebroadcasting), and Facebook page, and posted content as recently as March 2026, demonstrating active use of electronic communications.

**23.** I believe that service by publication in a newspaper of general circulation in the Antelope Valley/Lancaster area, combined with service by email to frenzeebroadcasting@gmail.com and fatellmusic@gmail.com, will provide Defendants with the best practicable notice of this action under the circumstances.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 31, 2026, at Wildomar, California.

*Asaf Fulks*
_____

Asaf Fulks

6

**DECLARATION OF ASAF FULKS ISO EX PARTE APPLICATION**